# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Eagle's Flight of America, Inc., | Civil No. 10-1208 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Play N Trade Franchise, Inc., d/b/a Play N Trade, | |
| Defendant. | |

---

Based upon the parties' Stipulation for Dismissal Without Prejudice (Doc. No. 24), **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs, disbursements and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 8, 2011

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge